AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### DIVISION

UNITED STATES OF AMERICA

vs.

Rafeal GOODWIN,
Sharon DIXON,
Tabitha DIXON,
Avarah WILLIAMS,
Marcus PORTER,
Kara HOOD,
Amber HOOD,
Catrina MARSH,
George SIMPSON,
Kenneth STALLWORTH,
Valentine VASSER,
Alonzo JOHNSON,
David JOHNSON,
and
Frederick JOHNSON

**CRIMINAL COMPLAINT**

CASE NUMBER:

3:06mj 86

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about April 2005 through and including on or about May 15, 2006, in Santa Rosa and Escambia County, in the Northern District of Florida, defendant(s) did,

Conspire to distribute 5 kilograms or more of cocaine and 50 grams or more of crack cocaine in violation of Title 21, United States Code, Section(s) 841 and 846. I further state that I am a(n) Special Agent with the Drug Enforcement Administration, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

FILED 5-15-06
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) MD

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

*Signature of Complainant*
Claude Cosey

Sworn to before me and subscribed in my presence,

May 15, 2006     at   Pensacola, Florida.

Miles Davis
U.S. Magistrate Judge