AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

NORTHERN _____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
David Darnell JOHNSON
D.O.B. 04/28/1986

**WARRANT FOR ARREST**

CASE NUMBER: 3:06 mj 86/mcr

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  David Darnell JOHNSON
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Possess with Intent to Distribute over Five Kilograms of Cocaine and 50 Grams of Crack Cocaine

in violation of Title ____21____ United States Code, Section(s) 841 & 846

| Miles Davis | U. S. Magistrate Judge |
|---|---|
| Name of Issuing Officer / *Miles Davis* (signature) | Title of Issuing Officer |
| Signature of Issuing Officer | Pensacola, FL |
| | Date and Location |
| | 5-15-06 |

FILED 06 MAY 23 PM [illegible]

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Milton, Fl

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/15/2006 | SA Claude L. Cose | Claude L. C. |
| DATE OF ARREST | | |
| 05/16/2006 | | |